IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **RHONDA CRUM, et al.** ) | CASE NO.  2:14-cv-00133 |
| ) | |
| **Plaintiffs,** ) | |
| ) | **JUDGE GRAHAM** |
| vs. ) | |
| ) | **MAGISTRATE JUDGE ABEL** |
| **WELLS FARGO BANK, N.A. et al.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

**AGREED ORDER**

On July 10, 2014, the Parties communicated to the Court that they reached a settlement of this matter.  The terms of that settlement were communicated to the Court via electronic mail on that date.  The Court has reviewed the terms of the settlement submitted to the Court and approves the settlement of all claims raised in the action including, without limitation, those claims raised under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. and the Ohio Minimum Fair Wage Act, §4111, et seq.  The Court retains jurisdiction to enforce the terms of the settlement.

                                                                                            s/ James L. Graham
                                                                                            Judge Graham
                                                                                            United States District Court Judge

**AGREED:**

| NILGES DRAHER LLC | LITTLER MENDELSON, P.C. |
|---|---|
| /s/Hans A. Nilges | /s/Jeffrey S. Hiller |
| Hans A. Nilges (0076017) | Jeffrey S. Hiller (0081533) |
| Shannon M. Draher (0074304) | Chad J. Kaldor (0079957) |
| P.O. Box 35653 | 21 East State Street, 16th Floor |
| Canton, Ohio 44735 | Columbus, Ohio 43215 |
| Telephone: (330) 354-8967 | Telephone: (614) 463-4201 |
| Fax: (330) 754-1430 | Fax: (614) 221-3301 |
| Email: hnilges@hnlaborlawyers.com | Email: jhiller@littler.com |
| sdraher@hnlaborlawyers.com | ckaldor@littler.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants Wells Fargo Bank, N.A. and Mike Mulgrew* |

THE BEHAL LAW GROUP LLC

/s/John M. Gonzales
John M. Gonzales (0038664)
Gilbert J. Gradisar (0021782)
501 South High Street
Columbus, Ohio 43215
Telephone: (614) 643-5050
Fax: (614) 340-3892
E-mail: jgonzales@behallaw.com
ggradisar@behallaw.com

*Counsel for Defendant Mike Bardash*