# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **RHONDA CRUM, et al.** | CASE NO. 2:14-cv-00133 |
| **Plaintiffs,** | |
| | **JUDGE GRAHAM** |
| vs. | |
| | **MAGISTRATE JUDGE ABEL** |
| **WELLS FARGO BANK, N.A. et al.,** | |
| **Defendant.** | |

## ORDER

The Parties having reached an agreement to settle this matter, it is ORDERED that this action is hereby DISMISSED with prejudice. The Court retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED

Date: July 29, 2014

s/ James L. Graham
Judge Graham
United States District Court Judge

1